# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-23-00142-CV

---

### In re Papel Verde II, LLC; Rene Guillermo Strickler Zenhder; and Rubi Fabiola Benetez Cardozo

---

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Rose Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Filed: March 10, 2023